# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL DRESSANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:19-CV-01395 |
| v. ) | |
| ) | Hon. John R. Blakey |
| SIMPLICITY FINANCIAL ) | |
| MARKETING, INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE EXCESS PAGES

COMES NOW Defendant/Counterclaim Plaintiff Simplicity Financial Marketing, Inc. ("Simplicity" or "Defendant") and moves the Court for leave to file excess pages in its Memorandum in Support of its Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment (filed as doc. 172). In support thereof, Defendant states as follows:

1. On July 25, 2022, Defendant filed its Cross-Motion for Summary Judgment and Response in Opposition to Plaintiff's Motion for Summary Judgment. Defendant's Motion included several separate filings: (1) Defendant's Motion for Summary Judgment (doc. 171); (2) Defendant's Memorandum in Support of its Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment (doc. 172); (3) Defendant's Rule 56.1 Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment (doc. 173); (4) Defendant's Response to Plaintiff's Rule 56.1 Statement of Undisputed Material Facts (doc. 174); (5) Defendant's Motion for Leave to File Exhibits Under Seal (doc. 176); and (6) Defendant's Sealed Exhibits (doc. 175).

2. Defendant's filings were submitted timely in accordance with the Court's April 7, 2022 Order. (Doc. 160).

2

3. Though Defendant could have chosen to file two separate briefs – a brief in support of its Motion for Summary Judgment and a brief in opposition to Plaintiff's Motion for Summary Judgment – Defendant's counsel believed that filing a combined brief would avoid duplication and make it easier for the Court and opposing counsel to evaluate Defendant's arguments.

4. Admittedly, however, Defendant's counsel inadvertently missed the page limitation in Local Rule 7.1, which provides that briefs should not exceed 15 pages without prior approval of the Court. Defendant's understanding now is that its combined brief should not have exceeded 30 pages. Defendant's Memorandum in Support of its Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment was 35 pages long.

5. This is a complex case involving substantial amounts of discovery and evidence. During the three years this case has been pending, thousands of documents have been exchanged and numerous depositions have been taken.

6. Given the complexity of the case, the amount of evidence at issue, and the fact that Defendant's Memorandum was a combined brief in support of its Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment, Defendant believes that the 35-page length of its Memorandum is reasonable and appropriate.

7. Defendant recognizes that it failed to seek leave for filing excess pages prior to the submission of this Memorandum, as required by Local Rule 7.1. The undersigned counsel apologizes for any inconvenience this has caused the Court and respectfully requests the Court for leave to file excess pages and asks the Court to accept its 35-page Memorandum in Support of its Motion for Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment filed as Doc. 172.

**WHEREFORE, PREMISES CONSIDERED,** Simplicity respectfully requests the Court to grant it leave to file excess pages in its Memorandum in Support of its Motion for Summary Judgment.

*s/ Alyse N. Windsor*
Counsel for Defendant Simplicity Financial Marketing, Inc.

J. Rushton McClees
Kristen S. Cross
Alyse N. Windsor
DENTONS SIROTE PC
2311 Highland Avenue South
Birmingham, AL 35205
Tel.:  (205) 930-5100
Fax:   (205) 930-5101
Rushton.mcclees@dentons.com
Kristen.cross@dentons.com
Alyse.windsor@dentons.com

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on 23rd day of August, 2022, she caused the foregoing document to be filed electronically with the Clerk of Court using the ECF system, which will send electronic notification to the following:

Timothy D. Elliott
Anthony DeLongis
**RATHJE WOODWARD LLC**
300 E. Roosevelt Road, Ste. 300
Wheaton, IL  60187
Tel.:  (630) 668-8500
Fax:   (630) 668-9218
telliottt@rathjewoodward.com
adelongis@rathjewoodward.com
*Attorneys for Plaintiff Michael Dressander*

*s/ Alyse N. Windsor*
Counsel for Defendant